

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ROY FORD, | § | No. 08-22-00139-CR |
| Appellant, | § | Appeal from the |
| v. | § | 33rd District Court |
| THE STATE OF TEXAS, | § | of Burnet County, Texas |
| State. | § | (TC# 49738) |
| | § | |

# **O R D E R**

The reporter's record was due to be filed on August 6, 2022. On August 2, 2022 and August 22, 2022, Stephanie Larsen, Official Court Reporter for the 33rd District Court of Burnet County, advised the Court that she has not received arrangement for the reporter's record.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal, whether Appellant has been deprived of a reporter's record, and whether Appellant is entitled to appointment of new counsel or has been deprived of effective assistance of counsel. The trial court shall forward its findings to the District Clerk of Burnet County, Texas, on or before September 11, 2022. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before September 21, 2022. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before September 21, 2022.

IT IS SO ORDERED this 22nd day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.